1034

[No. 68694-1-I.   Division One.   September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. P.E.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02424-7, Barbara A. Mack, J., entered April 6, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 68711-5-I.   Division One.   September 23, 2013.]

CHANCE GOODMAN, *Appellant*, v. WAYNE OLSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-00587-3, Susan K. Cook, J., entered March 29, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Verellen, JJ.

[No. 68724-7-I.   Division One.   September 23, 2013.]

*In the Matter of the Estate of* CAROLE STEVENSON CHRISTIAN.

THE ESTATE OF CAROLE STEVENSON CHRISTIAN, *Respondent*,
v. LOWELL CHRISTIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-4-04506-3, Monica J. Benton, J., entered April 16, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 68735-2-I.   Division One.   September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMSON ASNAKEW HAILEMARIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08194-6, Christopher A. Washington, J., entered April 2, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Grosse, J.